15-6820



# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN RIVIERE AND ELIZABETH RIVIERE | CIVIL ACTION NO. 09-216 |
| VERSUS | SECTION JVP-CN |
| ALLSTATE INSURANCE COMPANY | |

### ORDER OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss Case;

IT IS ORDERED that the above-entitled and numbered cause be, and the same is hereby dismissed, with prejudice, each party to bear its own costs.

Baton Rouge, Louisiana, this __14th__ day of __August__, 2009.

_____
UNITED STATES DISTRICT JUDGE